UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEAN LUBERISSE and MARIE LUBERISSE,

    Plaintiffs,

v.                                           Case No. 2:19-cv-638-JLB-MRM

GEOVERA SPECIALITY INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 53.) The stipulation is self-executing. Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk of Court is **DIRECTED** to close the file.[1]

**ORDERED** in Fort Myers, Florida, on March 8, 2021.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

[1] The parties also ask the court to retain jurisdiction to enforce their settlement, without explicitly conditioning their stipulation on such retention. The Court declines to do so. See generally Order, Golden Gate Chiropractic Ctr. Inc. v. Nationwide Ins. Co. of Am., No. 2:20-cv-849 (M.D. Fla. Dec. 18, 2020), ECF 11.